United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-457 |
| HILL COUNTRY DAIRIES | § | |

**ORDER IMPOSING SANCTIONS FOR FAILURE TO APPEAR
AND REQUIRING COMPLIANCE WITH BANKRUPTCY RULE 9036**

On January 15, 2025, the Court issued its Order requiring the above referenced entity to appear at a status conference on March 20, 2025. Electronic appearance was permitted. On March 20, 2025, the Court called this matter for a hearing and there was no appearance.

The purpose of this proceeding is to assure that bankruptcy notices and orders are properly delivered to parties-in-interest in bankruptcy cases in accordance with Bankruptcy Rule 9036. The named entity was allowed to obviate the need for the hearing merely by complying with Bankruptcy Rule 9036 and registering for electronic noticing. However, no statement of compliance has been filed in this miscellaneous proceeding.

The Court orders:

1. A sanction for failure to appear is imposed against the above-referenced entity. The purpose of the sanction is to coerce compliance with Bankruptcy Rule 9036. The amount of the sanction is $100.00 per day. The first sanction will be imposed on July 7, 2025 and will be imposed daily (including weekends) until the above referenced entity complies with Bankruptcy Rule 9036. The sanction is payable to the clerk of the Court.

2. The above-referenced entity is ordered to comply with Bankruptcy Rule 9036.

3. The sanctions imposed by this order will be waived if the above referenced entity files a notice of compliance on this proceeding's docket sheet by June 30, 2025. Otherwise, the sanctions will continue to be imposed on a daily basis and will not be waivable.

SIGNED 03/20/2025

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-00457-mi |
| HILL COUNTRY DAIRIES | Chapter |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 1 |
| Date Rcvd: Mar 20, 2025 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| inre | HILL COUNTRY DAIRIES, PO BOX 80467, AUSTON, TX 78708-0467 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| inre | ^ MEBN | Mar 20 2025 20:04:12 | HILL COUNTRY DAIRIES, PO BOX 80467, AUSTON, TX 78708-0467 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025         Signature:    /s/Gustava Winters