

EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: HILL COUNTRY DAIRIES | § § | |
| Proceedings to Enforce<br>Fed. R. Bankr. P. 9036 | § § | Misc. Proceeding No. 25-00457 |

### STATEMENT CONFIRMING REGISTRATION FOR
### ELECTRONIC BANKRUPTCY NOTICING

This Statement is filed on behalf of **HILL COUNTRY DAIRIES**.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on **3-11-25**. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _Ronnie Quintanilla_ (signed)

Typed Name: Ronnie Quintanilla-Perez

Date: 3·11·25 / 6/2/25
(date set up online account) date sending to court to uphold

## Ronnie Quintanilla-Perez

| | |
|---|---|
| **From:** | Electronic Bankruptcy Noticing Center <mebn@noticingcenter.com> |
| **Sent:** | Tuesday, March 11, 2025 2:04 PM |
| **To:** | Ronnie Quintanilla-Perez |
| **Subject:** | MEBN One Time Password |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from mebn@noticingcenter.com. Learn why this is important

[CAUTION: This email originated from outside of Hill Country Dairies. Do not click links or open attachments unless you recognize the sender and know the content is safe]

## Verify Email

03/11/2025 03:03pm

Your one time use password for the Bankruptcy Noticing Center Electronic Bankruptcy Noticing web site is shown below. Copy and paste this number into the form field on the web page on which you were working. It will expire in 10 minutes.

**76423667**

Do not reply to this email. The email box for this sender is not monitored.

1