United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 02, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-457 |
| HILL COUNTRY DAIRIES | § | |

### ORDER CLOSING MISCELLANEOUS PROCEEDING

The Statement filed at ECF No. 6 moots this miscellaneous proceeding. The proceeding is closed.

SIGNED 06/02/2025

_____
Marvin Isgur
United States Bankruptcy Judge